UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PATRICK PERRY,

                      Petitioner,

     -against-

D. ARTUS,

                      Respondent.
------------------------------------------------------------x

MEMORANDUM AND ORDER

07-CV-2844 (ENV)

VITALIANO, D.J.

The Court is in receipt of a letter from *pro se* petitioner Patrick Perry requesting an extension, *nunc pro tunc*, of his time to file a reply to respondent's Opposition to the Petition for a Writ of Habeas Corpus, filed on June 16, 2008. Perry's application is granted and his reply, filed July 18, 2008, is deemed timely filed.

Perry also seeks the Court's guidance as to how to proceed with "an application for a certificate permitting a further appeal of the denial of the motion to vacate, currently pending before the New York State Court of Appeals." This Court is without authority to grant such a request.

SO ORDERED.

Dated: Brooklyn, New York
       July 23, 2008

/S/

ERIC N. VITALIANO
United States District Judge